No. 73–203. EISEN v. CARLISLE & JACQUELIN ET AL. C. A. 2d Cir. [Certiorari granted, 414 U. S. 908.] Motion of petitioner for leave to file supplemental brief after argument granted.

No. 73–671. MAYER PAVING & ASPHALT CO. ET AL. v. GENERAL DYNAMICS CORP. ET AL., 414 U. S. 1146. Respondents are requested to file response to motion for leave to file petition for rehearing within 30 days.

No. 73–831. WARDEN, LEWISBURG PENITENTIARY v. MARRERO. C. A. 3d Cir. [Certiorari granted, 414 U. S. 1128.] Motion of respondent for appointment of counsel nunc pro tunc granted. It is ordered that John J. Witmeyer III, Esquire, of New York, New York, be, and he is hereby, appointed to serve as counsel for respondent in this case.

No. 73–5845. JACKSON v. METROPOLITAN EDISON Co. C. A. 3d Cir. [Certiorari granted, 415 U. S. 913.] Motion of National Consumer Law Center for leave to file a brief as amicus curiae granted.